```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| COREY R. JOHNSON, | : | CIVIL ACTION |
| | : | NO. 13-6616 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **8th** day of **May, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendants' Motion for Summary Judgment (ECF No. 16) is **GRANTED**;

(2) Plaintiff's Motion in Opposition to Defendants' Motion for Summary Judgment (ECF No. 19) is **DENIED**; and

(3) The Clerk of Court shall mark the case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**